UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>SELIM ZHERKA<br>  a/k/a "Sam Zherka,"<br>  a/k/a "Sammy Zherka,"<br><br>                Defendant. | S2 14 Cr. 545 (CS) |

## **DEFENDANT'S MOTION TO DISQUALIFY PROSECUTORS**

      Defendant Selim Zherka ("Defendant"), by counsel, hereby submits to the Court Defendant's Motion to Disqualify Prosecutors (the "Motion). In support of this Motion, Defendant submits contemporaneously herewith the following materials: a Memorandum of Law in Support of Defendant's Motion to Disqualify Prosecutors, an accompanying Declaration of Frederick P. Hafetz, Esq., an appropriate Certificate of Service, and a Proposed Order.

Dated: New York, New York
       January 5, 2015

                                      By: /S/ Frederick P. Hafetz
                                         Frederick P. Hafetz
                                         fhafetz@hafetznecheles.com
                                         Brian L. Doppelt
                                         bdoppelt@hafetznecheles.com
                                         HAFETZ & NECHELES LLP
                                         One Grand Central Place

60 East 42nd St, 36th Floor
New York, NY 10165
Tel. (212) 997-7400
Fax (212) 997-7646

*Attorneys for Defendant Selim Zherka*