# EXHIBIT E

AO 93 (SDNY Rev. 05/10) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>The Law Offices Of Bascetta, Pagani, Kearns and Small, LLC, 331 Silas Deane Highway, Suite 206, Weathersfield, Connecticut | )<br>)<br>)   Case No.<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ___Connecticut___
*(identify the person or describe the property to be searched and give its location):*
The Law Offices Of Bascetta, Pagani, Kearns and Small, LLC, 1331 Silas Deane Highway, Suite 206, Weathersfield, Connecticut

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
See RIDER Attached Hereto

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before   ___December 9, 2011___
                                                                                                   *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the ~~Clerk of the Court.~~ undersigned Magistrate.
Upon its return, this warrant and inventory should be filed under seal by the Clerk of the Court.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*
                                                                       ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   11/30/2011 ~~9:00 am~~
                                      at 11:27 am                          _____
                                                                                           Judge's signature

City and state:    Hartford, Connecticut              Donna F. Martinez, United States Magistrate Judge
                                                                                   *Printed name and title*

AO 93 (Rev. 2/90) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| | | |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

## CERTIFICATION

I swear that this inventory is true and detailed account of the person or property taken by me on the warrant.

_____

Subcribed, sworn to, and returned before me this date.

_____   _____
U.S. Judge or Magistrate                Date

## RIDER

Evidence, instrumentalities, and fruits of violations of Title 18, United States Code, Sections 1014 (false statement on loan applications), 1344 (bank fraud), 1503 (obstruction of justice), and 371 (conspiracy to commit the aforesaid offenses), including but not limited to: notes, correspondence, e-mails, billing and payment records, memoranda, appraisals, title abstracts, financial statements, loan and mortgage documents, agreements, contracts, deeds, pleadings, electronically stored information, e-mails, computer hard drives, computer disks, and computer tapes related to and/or referencing i) the purchase, sale, and financing of the New England Apartments[1], ii) the purchase, sale, and financing of the Tennessee Apartments[2], and iii) the Federal Lawsuit[3]) are located in the Premises.

---

[1] As used herein "the New England Apartments" shall mean apartment houses located at the following: a) the Ridgegate Apartments (located Rosewood Avenue, Waterbury, Connecticut; b) the Farmington Hills Apartments (located at 1230 Stanley Street, New Britain, Connecticut); c) the Bunker Hill Woods Apartments (located at 17 Eastern Avenue, Waterbury, Connecticut); d) the New Colony Court Apartments (located at 154-164 Maple Street, Springfield, Massachusetts); and e) the Marshall Apartments (located at 10 Marshall Street, Hartford, Connecticut).

[2] As used herein "the Tennessee Apartments" shall mean apartment houses located at the following locations: : a) 2191 Memorial Drive, Clarksville, Tennessee; b) 543 South 12th Street, Clarksville, Tennessee; c) 131 Jack Miller Boulevard, Clarksville, Tennessee; d) 3381 Durrett Drive, Clarksville, Tennessee; e) 827 Peachers Mill Road, Clarksville, Tennessee; f) 830 Peachers Mill Road, Clarksville, Tennessee; g) 939 Riverside Drive, Clarksville, Tennessee; h) 1671 Fort Campbell Boulevard, Clarksville, Tennessee; i) 171 Wallace Boulevard, Clarksville, Tennessee; j) 231 New Shackle Island Road, Henderson, Tennessee; k) 452 Moss Trail, Goodlettsville, Tennessee; and i) 300 Greenwood Avenue, Clarksville, Tennessee.

[3] As used herein "the Federal Lawsuit" shall mean *Sisti v. Zherka et al.*, Dkt. No. 3:11-cv-00364-CSH pending in the District of Connecticut.

FD-597 (Rev 8-11-94) Page 29 of 35

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 329A-NY-305973

On (date) 12/1/11

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) _Law Offices of Costello_ [illegible]
(Street Address) 1221 [illegible] Avenue, [illegible]
(City) Rock Hill, CT
Room I

Description of Item(s):

Corporate Records - New Broad Ent INK [illegible]
Corporate Records - [illegible] Holdings INK [illegible]
Corporate Records - Metro Holdings Corp
Corporate Records - New York Metro Holdings Corp
Five Brothers Realty Holding Corp (in Fedex Box)
865 East 180 First Realty Co., Inc. (in Fedex Box)
Absm Holdings Inc
West 20th Enterprises Corp.
Fedex Box from Sam Zherka containing Freedom of Information Request
Fedex Box from Sam Zherka containing Freedom of Information Request
[illegible] Fedex Box containing Check registers from Sam Zherka business
2nd Fedex Box containing Check registers from Sam Zherka businesses
Box of documents Sam Zherka - I - IV and folder Carabetta Enterprises Zherka

Received By: [signature]
Received From: [signature]

FD-597 (Rev 8-11-94)

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
#### Receipt for Property Received/Returned/Released/Seized

File # 329A-NY-305973

On (date) DECEMBER 1, 2011

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) LAW OFFICES OF RASCETTA, PAGANI, KEARNS + SMALL
(Street Address) 1331 SILAS DEANE HIGHWAY, SUITE 206
(City) WETHERSFIELD, CT

ROOM E - ROUND TABLE, BOXES ON FLOOR CONT... (KEVIN WALSH)

Description of Item(s):

12. ONE FILE LABELED "ZHERKA CORPS / RE: ASSIGNMENTS + PURCHASES"

13. SEVERAL FOLDERS / DOCS CONTAINING DOCS RE ROBERT SCHER, KAREN NORA, SAM ZHERKA, TN METRO HOLDINGS, FARMINGTON HILLS,

14. SINGLE LETTER BALANCE REPORT W/ ENVELOPES ATTACHED. REFS ON ENVELOPES RE "SAMMY"

15. COPIES OF CHECKS FROM LAW OFFICES OF JAMES DIBBINI, LETTERS FROM SOVEREIGN BANK TO TN METRO HOLDINGS, MISC DOCS / FOLDERS RE SAM ZHERKA, ROBERT SHER,

16. ONE (1) REDWELL LABELED "CASANOVA ENT, LLC" CONTAINING DOCUMENTATION RE ROBERT SCHER, ESQ.

17. ONE (1) FOLDER LABELED "JIM CASSIDY CORRESPONDENCE" W/ CORRESPONDENCE TO/FROM ZHERKA

Received By: (Signature) [signature]
KEVIN WALSH, FBI-NY, 12/1/11

Received From: (Signature) [signature]

FD-597 (Rev 8-11-94)

Page 23 of 35

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 329A-NY-305993

On (date) DECEMBER 1, 2011

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☑ Seized

(Name) LAW OFFICES OF BACCETTA, PAGANI, KEARNS + SMALL, LLC.
(Street Address) 1331 SILAS DEANE HIGHWAY, SUITE 206
(City) WETHERSFIELD, CT

ROOM E - ROUND TABLE, BOXES ON FLOOR, (KEVIN WALSH)

Description of Item(s):

1. ONE (1) FOLDER LABELED "BUNKER HILL FORECLOSURE"
2. LEGAL DOCS RE BUNKER HILL WOODS 06, LLC (FROM FOLDER LABELED "CITY OIL CO V. JWL CONSTRUCTION)..."
3. ONE (1) FOLDER LABELED "CITY OIL CO, INC V. BUNKER HILL WOODS, LLC - 7/9/08"
4. ONE (1) FOLDER RE ZHERKA, SILAS METRO HOLDINGS V. ENVER ALI, HAMAD ALI
5. ONE (1) FOLDER RE CT METRO HOLDINGS II, CORP + SELIM ZHERKA
6. ONE (1) ENVELOPE LABELED "THE ZHERKA FAMILY IRREVOCABLE TRUST"
7. ONE (1) FOLDER CONTAINING STOCK CERTIFICATES, MEMBERSHIP CERTIFICATES + DOCUMENTATION RE ZHERKA FAMILY IRREVOCABLE TRUST
8. FLOWCHARTS LABELED "SAMMY ZHERKA BUSINESS ACTIVITIES" + MISC. NOTES ATTACHED
9. TWO (2) FOLDERS RE ZHERKA FAMILY TRUST
10. ONE (1) FOLDER RE ZHERKA + ACCOUNTING FEES
11. MISC DOCS/FOLDERS RE SAMMY ZHERKA + TN METRO HOLDINGS

Received By: (Signature)     Received From: (Signature)

FD-597 (Rev 8-11-94)

Page 19 of 35

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 329-NY-305993

On (date) 10/1/11

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) _____

(Street Address) _____

(City) _____

Room I

Description of Item(s): Fedex Envelope list of names and two CD's along with note from Sam 2 Fedex Box from Sam Zherka containing CD+DVD's Manilla envelope containing CD+Financial records for Kalis Law Office

Received By: _____ (Signature)

Received From: _____ (Signature)

FD-597 (Rev 8-11-94)

Page 78 of 35

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 329A-NY-305973

On (date) DECEMBER 1, 2011

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) _____

(Street Address) _____

(City) _____

ROOM E - BOX ON FLOOR

Description of Item(s):

(1.) ONE (1) FED EX ENVELOPE CONTAINING ENVELOPE LABELED "SAM ZHERKA w/ C. JAMES 10-04-10". TWO (2) CD-R AUDIO CD'S DATED 10/4/10 INSIDE.

KEVIN WALSH FBI - NYO, 12/1/11

Received By: SA ___ Lauzn (Signature)

Received From: ___ (Signature)