# EXHIBIT F



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 12, 2014

Frederick Hafetz, Esq.
60 East 42nd Street, 36th Floor
New York, NY 10165

    Re: *United States v. Selim Zherka*
        14 Cr. 545 (CS)

Dear Mr. Hafetz:

    This is in response to the request in your November 21 letter for certain particulars regarding documents/records from the search of the law offices of Mark Pagani, Esq. that, upon my review, appeared to be subject to one or more privileges. Enclosed please find a log of the documents/records that contains the information you requested as well as copies of those documents appearing on the log where the defendant is the only privilege holder in connection with the documents/records in question. The log is bates-stamped USAO_ PRIV 1 through 5, and the documents/records are bates-stamped USAO_PRIV 6 through 313.

                        Very truly yours,

                        PREET BHARARA
                        United States Attorney

          by: *Daniel P. Filor*
                        Daniel Filor
                        Assistant United States Attorney

Enclosures

## *PRIVILEGED DOCUMENTS U.S. v. ZHERKA*

| Document Number | Document Type | Date | Nature of Privilege | Whose Privilege Being Asserted | Communication from Zherka, Docs based on communication from Zherka, or material received from Zherka |
|---|---|---|---|---|---|
| PAG-3 001215 | Emails | 6/26/08 | A/C | Zherka | Communications between Zherka and Mark Pagani |
| PAG-9 001847-48 | Emails | 6/20/08 – 6/24/08 | A/C | Zherka | Communications between Zherka and Mark Pagani |
| PAG-9 001849-50 | Emails | 6/20/08 – 6/23/08 | A/C | Zherka | Communications between Zherka and Mark Pagani |
| PAG-9 002010-11 | Handwritten note/faxed and letter | 4/2/08, 6/30/08 | A/C | Zherka | Communications between Zherka and Mark Pagani, James Dibbini |
| PAG-9 002180 | Email | 4/21/08 | A/C | Zherka | Communication between Zherka and Mark Pagani |
| PAG-9 002181 | Email | 4/21/08 | A/C | Zherka | Communication between Zherka and Mark Pagani |
| PAG-10 00402 | Email | 11/24/11 | A/C | Zherka | Communication between Zherka and Mark Pagani |
| PAG-10 00410-22 | Emails, handwritten note, draft agreement | 11/20/11 – 11/21/11 | A/C | Zherka | Communications between Zherka and Mark Pagani, Stuart Siris |
| PAG-10 00423-32 | Emails | 11/20/11 | A/C | Zherka | Communications between Zherka and Mark Pagani, et al. |
| PAG-11 000643 | Email | 1/01/09 | A/C | Zherka | Communication between Zherka and Katherine Layhew, et al. |
| PAG-11 000646-50 | Draft court filings | 12/30/08 | A/C, W/P | Zherka, Lawrence Ahern, Katherine Layhew | Communication between Zherka and Katherine Layhew, et al. |
| PAG-11 000651-55 | Draft court filings | 12/30/08 | A/C, W/P | Zherka, Lawrence Ahern, Katherine Layhew | Communication between Zherka and Katherine Layhew, et al. |
| PAG-11 000656 | Email | 12/30/08 | A/C | Zherka | Communication between Zherka and Katherine Layhew, et al. |
| PAG-11 000699-712 | Draft court filings | 08/29/08 | A/C, W/P | Zherka, Lawrence Ahern, Darlene | Communication between Zherka and Katherine Layhew, et al. |

*PRIVILEGED DOCUMENTS U.S. v. ZHERKA*

| | | | | Marsh, Katherine Layhew | |
|---|---|---|---|---|---|
| PAG-11 000713 | Email | 8/27/08 | A/C, W/P | Zherka | Communication between Zherka and Lawrence Ahern, et al. |
| PAG-11 000714-17 | Draft letters | 08/27/08 | A/C, W/P | Zherka, Lawrence Ahern | Communication between Zherka and Lawrence Ahern, et al. |
| PAG-11 000720-21 | Email | 8/21/08 | A/C | Zherka | Communication between Zherka and Lawrence Ahern, et al. |
| PAG-11 000766 | Email | 8/14/08 | A/C | Zherka | Communication between Zherka and Mark Pagani |
| PAG-11 00773-79 | Emails | 8/07/08 – 8/11/08 | A/C | Zherka | Communications between Lawrence Ahern, Mark Pagani, et al. |
| PAG-11 00780-98 | Letters | 8/08/08 – 8/11/08 | A/C | Zherka | Communication between Zherka and Darlene Marsh, Lawrence Ahern, Mark Pagani |
| PAG-11 00820 | Emails | 8/08/08 | A/C | Zherka | Communications between Mark Pagani and Darlene Marsh |
| PAG-20 000322-23 | Handwritten notes | undated | A/C, W/P | unknown | References to Zherka |
| PAG-20 002423-25 | Handwritten notes | 1/24/08 | A/C, W/P | unknown | References to Zherka |
| PAG-22 000057-87 | Letter, draft court filings | 2/23/05 | A/C, W/P | Zherka, Michael Murray | Communication between Zherka and Michael Murray |
| PAG-22 000809 | Emails | 8/02/08 – 8/08/08 | A/C | Zherka | Communications between Zherka and Mark Pagani |
| PAG-22 001293 | Letter | 5/05/09 | A/C | Zherka | Communication between Zherka and Mark Pagani |
| PAG-22 001401-03 | Email, handwritten notes | 12/14/09 | A/C | Zherka | Communication between Zherka and Mark Pagani |
| PAG-22 001410-18 | Fax, draft agreement | 5/12/08 | A/C, W/P | Zherka, Mark Pagani | Communication between Zherka and Mark Pagani |
| PAG-22 001419-29 | Fax, draft agreement | 8/03/09 | A/C, W/P | Zherka, Mark Pagani | Communication between Zherka and Mark Pagani |
| PAG-22 001505 | Emails | 6/18/08 – 6/19/08 | A/C | Zherka | Communications between Zherka and Mark Pagani |
| PAG-22 002411 | Letter | 5/05/09 | A/C | Zherka | Communication between Zherka and Mark Pagani |
| PAG-22 002729 | Emails | 11/23/09 – 11/30/09 | A/C | Zherka | Communications between Zherka and Mark Pagani |
| PAG-22 | Handwritten | undated | A/C, W/P | unknown | |

# *PRIVILEGED DOCUMENTS U.S. v. ZHERKA*

| | | | | | |
|---|---|---|---|---|---|
| 003450-51 | notes | | | | |
| PAG-25 000693-94 | Emails, handwritten notes | 6/20/11 – 6/21/11 | A/C | Zherka | Communications between Zherka and Mark Pagani |
| PAG-25 000839 | Email | 7/20/11 | A/C | Zherka | Communication between Zherka and Mark Pagani |
| PAG-25 001685 | Emails | 6/22/11 | A/C | Zherka | Communications between Zherka and Mark Pagani |
| PAG-25 001832 | Email | 4/05/11 | A/C | Zherka | Communication between Zherka and Mark Pagani |
| PAG-25 001833-35 | Emails, handwritten notes | 4/04/11 | A/C | Zherka | Communications between Zherka and Mark Pagani |
| PAG-25 002173 | Email, handwritten notes | 7/25/11 | A/C | Zherka | Communication between Zherka and Mark Pagani |
| PAG-25 002276-79 | Emails | 8/24/11 | A/C | Zherka | Communications between Zherka and Mark Pagani |
| PAG-26 003468-83 | Fax, draft agreement | 8/26/09 | A/C, W/P | Zherka, Mark Pagani | Communication between Zherka and Mark Pagani |
| PAG-26 003485-500 | Fax, draft agreement | 8/26/09 | A/C, W/P | Zherka, Mark Pagani | Communication between Zherka and Mark Pagani |
| PAG-28 001423-25 | Emails | 1/20/11 – 2/7/11 | A/C | Zherka | Communications between Zherka and Mark Pagani, et al. |
| PAG-28 001430-31 | Emails | 1/20/11 | A/C | Zherka | Communications between Zherka and Mark Pagani, et al. |
| PAG-29 000766-68 | Emails, handwritten notes | 8/19/11 – 8/30/11 | A/C | Zherka | Communications between Zherka and Mark Pagani, et al. |
| PAG-29 001452-59 | Fax, handwritten notes | 12/06/10 | A/C | Zherka | Communication between Zherka and Mark Pagani, et al. |
| PAG-29 001551-54 | Emails | 10/21/11 | A/C | Zherka | Communications between Zherka and Mark Pagani, et al. |
| PAG-29 001556, 001571-75, 001666-70 | Handwritten notes | 9/12/11 – 11/12/11 | A/C, W/P | unknown | |
| PAG-32 000003 | Letter | 7/08/09 | A/C | Zherka | Communication between Zherka and Mark Pagani |
| PAG-32 000046 | Emails | 10/21/08 | A/C | Zherka | Communications between Zherka and Mark Pagani |
| PAG-Edocs 00001-00033 | Emails, agreements | 1/23/07 | A/C | Edward Yatkowski, Kirk Nassetta | |

## *PRIVILEGED DOCUMENTS U.S. v. ZHERKA*

| | | | | | |
|---|---|---|---|---|---|
| PAG-Edocs 00034-00053 | Emails | 8/16/11 | A/C | Zherka | Communications between Zherka and Mark Pagani, et al. |
| PAG-Edocs 00054-55, 71-96 | Letter, draft court filing | 9/23/08 | A/C, W/P | Zherka, Larence Ahern | Communications between Zherka and Lawrence Ahern |
| PAG-Edocs 00097-00102 | Attorney billing statement | 5/22/08 | A/C | Zherka | Communication between Zherka and Mark Pagani, et al. |
| PAG-Edocs 00103 | Email | 12/20/10 | A/C | Zherka | Communication between Zherka and Mark Pagani, et al. |
| PAG-Edocs 00104 | Email | 12/21/10 | A/C | Zherka | Communication between Zherka and Mark Pagani, et al. |
| PAG-Edocs 00105 | Emails | 12/28/10 | A/C | Zherka | Communication between Zherka and Sadia Hodza, Mark Pagani, et al. |
| PAG-Edocs 00158-61 | Emails | 12/20/10 – 1/05/11 | A/C | Zherka | Communication between Zherka and Mark Pagani, et al. |
| PAG-Edocs 00162 | Email | 1/06/11 | A/C | Zherka | Communication between Zherka and Mark Pagani, et al. |
| PAG-Edocs 00163-64 | Emails | 1/20/11 | A/C | Zherka | Communication between Zherka and Mark Pagani, et al. |
| PAG-Edocs 00165-192 | Fax, draft agreement | 1/20/11 | A/C | Zherka, Joseph Carabetta | Communication between Mark Pagani and Norman Isko re Hedgerow 81 LLC |
| PAG-Edocs 00193 - 94 | Emails | 1/20/11 – 1/21/11 | A/C | Zherka | Communications between Zherka and Mark Pagani, et al. |
| PAG-Edocs 00195 - 217 | Email, agreement | 2/03/11 | A/C | Zherka | Communication between Zherka and Mark Pagani, et al. |
| PAG-Edocs 00218-21 | Emails | 2/3/11 – 2/5/11 | A/C | Zherka | Communications between Zherka and Mark Pagani, et al. |
| PAG-Edocs 00222 - 244 | Email, agreement | 2/07/11 | A/C | Zherka | Communication between Zherka and Mark Pagani, et al. |
| PAG-Edocs 00245 | Emails | 3/17/11 | A/C | Zherka | Communications between Zherka and Mark Pagani |
| PAG-Edocs 00246 - 51 | Emails | 3/15/11 – 3/29/11 | A/C | Zherka | Communications between Zherka and Mark Pagani, et al. |
| PAG-Edocs 00252 - 53 | Emails | 2/03/11 | A/C | Zherka | Communications between Zherka and Mark Pagani |
| PAG-Edocs | Emails | 1/18/11 | A/C | Mark Pagani, | |

*PRIVILEGED DOCUMENTS U.S. v. ZHERKA*

| | | | | | |
|---|---|---|---|---|---|
| 00254-66 | | | | James Dibbini | |
| PAG-Edocs 00267 | Email | 12/21/10 | A/C | Zherka | Communication between Zherka and Mark Pagani |
| PAG-Edocs 00268-71 | Emails | 1/20/11 – 2/4/11 | A/C | Zherka | Communications between Zherka and Mark Pagani, et al. |
| PAG-Edocs 00272 | Emails | 2/09/11 | A/C | Zherka | Communications between Zherka and Mark Pagani |
| PAG-Edocs 00273 | Email | 2/23/11 | A/C | Zherka | Based on material received from Zherka |
| PAG-Edocs 00274-75 | Emails | 3/15/11 – 3/21/11 | A/C | Zherka | Communications between Zherka and Mark Pagani |
| PAG-Edocs 00276-79 | Emails | 2/01/08 | A/C | Zherka | Communications between Zherka and Mark Pagani |
| PAG-Edocs 00280-82 | Email, letter | 3/09/11 | A/C | Zherka | Communication between Zherka and Lawrence Ahern, et al. |
| PAG-Edocs 00283-339 | Emails, court filings | 4/12/11 – 4/26/11 | A/C | Zherka | Communications between Zherka and Mark Pagani, et al. |
| PAG-Edocs 00347 | Email | 8/31/11 | A/C | Zherka | Communication between Zherka and Mark Pagani, et al. |