# HAFETZ & NECHELES LLP

ATTORNEYS AT LAW

---

10 EAST 40TH STREET, 48 FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

February 27, 2015

VIA ECF

Honorable Judge Cathy Seibel
United States District Court
for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

RE:  *United States v. Selim Zherka*, 14 Cr. 545 (CS)

Dear Judge Seibel:

    I write in regard to my letter filed with the Court earlier this afternoon in which I requested a Court conference on my request for an adjournment of the trial date. Mr. Zherka has advised me that he waives his right to be present in court for the conference that I have requested and does not wish to be present for it.

Very truly yours,

Frederick P. Hafetz

CC:  AUSA Elliott B. Jacobson
       AUSA Perry A. Carbone

---

**The date in the endorsement to the right (dated 3/3/15) is in error; the conference remains on for 3/6/15 at 11:15 am.**

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

**3/5/15**

Conference to be held on:
June 6, 2015 @ 11:15 A.M —
Defendant's attendance is excused.

So Ordered.
*Cathy Seibel*
Cathy Seibel, U.S.D.J.

Dated: 3/3/15