UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**ECF CASE**

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) )   ) **NOTICE OF APPEARANCE AND REQUEST** |
| v. | )  **FOR ELECTRONIC NOTIFICATION** )  S3 14 Cr. 545   (CS) |
| SELIM ZHERKA, a/k/a "Sam Zherka," a/k/a "Sammy Zherka," | ) ) ) |
| Defendant. | ) |

TO: Clerk of Court
United States District Court
Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By:   /s/ Andrew J.Kameros
ANDREW J. KAMEROS
Special Assistant United States Attorney
(202) 616-8684
andrew.j.kameros@usdoj.gov