UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SELIM ZHERKA<br>  a/k/a "Sam Zherka,"<br>  a/k/a "Sammy Zherka,"<br><br>                Defendant. | S2 14 Cr. 545 (CS) |

### DEFENDANT SELIM ZHERKA'S
### MOTIONS *IN LIMINE* 1 THROUGH 6

Defendant Selim Zherka ("Defendant"), by counsel, hereby submits to the Court Defendant's Motions *in Limine* 1 through 6 (the "Motions"). In support of the Motions, Defendant submits contemporaneously herewith the following materials: a Memorandum of Law in Support of Defendant's Motions *in Limine* 1 through 6, a Certificate of Service, and an Affirmation of Michael Martinez with accompanying exhibits.

Dated: New York, New York
       April 10, 2015

                                                  By:  ____/s Frederick P. Hafetz____
                                                       Frederick P. Hafetz
                                                         fhafetz@hafetznecheles.com
                                                        Brian Doppelt
                                                        bdoppelt@hafetznecheles.com
                                                        HAFETZ & NECHELES LLP
                                                        10 East 40th St., 48th Floor

New York, NY 10016
(t) (212) 997-7595
(f) (212) 997-7646

___/s Michael Martinez_____
Michael Martinez
Michael.martinez@mayerbrown.com
Mayer Brown LLP
1221 Avenue of the Americas
New York, NY 10020
Tel. (212) 506-2514
Fax. (212) 262-1910

*Attorneys for Defendant Selim Zherka*