# HAFETZ & NECHELES LLP

ATTORNEYS AT LAW

10 EAST 40TH STREET, 48TH FLOOR
NEW YORK, N.Y. 10016
TELEPHONE: (212) 997-7400
TELECOPIER. (212) 997-7646

April 27, 2015

Hon. Cathy Seibel
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Selim Zherka*
14 Cr. 545 (CS)

Dear Judge Seibel,

I write with respect to the latest superseding indictment filed on April 23. This is the fourth indictment now filed against Mr. Zherka.

In court on April 20, while the government stated that it would soon be filing a superseding indictment concerning a statement by Mr. Zherka to Sovereign Bank about the Ryan judgment which was already the subject of a 404(b) allegation, the government made no mention of adding any other additional charges to the indictment. The new superseder, however, in addition to adding the allegation articulated by the government on April 20, the government also added new false statement allegations for counts one through five. These new allegations will now require a bill of particulars addressed to these new allegations as well as additional preparation for trial.

I respectfully request that a firm date be set for the filing of any further superseder and that if any further superseding indictment is filed, Mr. Zherka be released on bail so that he is not penalized by having to remain incarcerated as a result of delay in the trial of October 1 necessitated by the additional preparation time required by any further superseding indictment.

HAFETZ & NECHELES LLP

Very Truly Yours,

Frederick P. Hafetz

CC: AUSA, Elliot B. Jacobson
    AUSA, Perry Carbone
    Michael Martinez, Esq.